**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.:**

JESSICA TRINA CHARLES,

        Plaintiff,

v.

INTERACTIVE RESPONSE
TECHNOLOGIES, INC.,

        Defendant.

_____/

## **COMPLAINT**
*{Jury Trial Demanded}*

Plaintiff, JESSICA TRINA CHARLES, brings this action against Defendant, INTERACTIVE RESPONSE TECHNOLOGIES, INC., pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 et seq., and alleges as follows:

1.      Jurisdiction is conferred on this Court by 28 U.S.C. § 1331 and 29 U.S.C. § 216(b).

2.      At all times material hereto, Plaintiff JESSICA TRINA CHARLES was a resident of the State of Florida and an "employee" of Defendant as defined by the FLSA.

3.      At all times material hereto, Plaintiff engaged in interstate commerce on a regular and recurring basis within the meaning of the FLSA through interstate telephone communication.

4.      At all times material hereto, Defendant, INTERACTIVE RESPONSE TECHNOLOGIES, INC., was a corporation engaged in business in South Florida, engaged in commerce in the field call center services, at all times material hereto was the "employer" of Plaintiff as that term is defined under statutes referenced herein, engaged along with two or more of its employees in interstate commerce, and has annual gross sales and/or business volume of $500,000 or more.

5.      Plaintiff Jessica Trina Charles worked for Defendant as a call center agent.

6.      Defendant failed to pay Plaintiff her full and proper overtime wages of 1.5 times Plaintiff's regular hourly rate for all overtime hours worked.

7.      Defendant failed to factor Plaintiff's commissions into Plaintiff's regular hourly rate for purposes of calculating Plaintiff's overtime hourly rate.

8.      Plaintiff has attached a statement of claim as <u>Exhibit A</u> to provide initial estimates of the damages. These amounts may change as Plaintiff engages in the discovery process.

9.      Defendant has knowingly and willfully refused to pay Plaintiff her legally-entitled wages.

10.     Plaintiff has complied with all conditions precedent to bringing this suit, or same have been waived or abandoned.

11.     Plaintiff has retained the services of the undersigned and is obligated to pay for the legal services provided.

## COUNT I
## <u>VIOLATION OF FAIR LABOR STANDARDS ACT ("FLSA")</u>

12.     Plaintiff realleges and incorporates the allegations set forth in paragraphs 1-11 above as if set forth herein in full.

13.     Plaintiff alleges this action pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 216 (b), that Plaintiff is entitled to: (i) unpaid minimum wages; (ii) time-and-a-half overtime pay, and (iii) liquidated damages pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201 et seq.

14.     Plaintiff seeks recovery of damages as referenced above and further seeks interest, costs, and attorneys' fees pursuant to 29 U.S.C. § 216(b).

        WHEREFORE, Plaintiff demands judgment against Defendant plus costs, reasonable attorneys' fees, and such other remedy as the court deems just and appropriate.

Respectfully submitted,

Koz Law, P.A.
320 S.E. 9th Street
Fort Lauderdale, Florida 33316
Phone: (786) 924-9929
Fax:     (786) 358-6071
Email: ekoz@kozlawfirm.com

_____

Elliot Kozolchyk, Esquire
Bar No.: 74791